and Rich, JJ., concurred; Burr, J., dissented, on the ground that there was no proof of freedom from contributory negligence (*Riceman* v. *Have-meyer*, 84 N. Y. 647; *Geoghegan* v. *Atlas Steamship Co.*, 3 Misc. Rep. 224, 228; 146 N. Y. 369, 371), and also that the requests to charge at folios 191 and 192 were improperly refused.

Dora Freund, Respondent, v. Max Freund, Appellant.—Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Mary F. GaNun, in Behalf of Herself and All Other Creditors of Jane M. Sands, Deceased, Respondent, v. Mary E. Palmer, Individually and as Executrix, etc., of Jane M. Sands, Deceased, Appellant, Impleaded with Others.— Order affirmed on argument, with ten dollars costs and disbursements. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Albert F. Griffiths, Respondent, v. Cornelius P. Toomey, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ., concurred.

Robert T. Grogan, Respondent, v. The City and Suburban Homes Company and the City of New York, Appellants.— Judgment and order of the Municipal Court affirmed, with costs, as to defendant the City of New York, and judgment and order reversed and complaint dismissed as to defendant the City and Suburban Homes Company, without costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Saul Heinitz, Respondent, v. Frank Darmstadt, Appellant.—Judgment of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Carr, Woodward and Rich, JJ., concurred; Thomas, J., not voting.

In the Matter of the Final Accounting of Henry M. Heymann, as Committee of the Person and Estate of John Cooney, a Former Incompetent, Appellant. John Cooney, Respondent.— Final order of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

In the Matter of the Application and Petition of J. Edward Simmons and Others, Constituting the Board of Water Supply of the City of New York, Appellants, to Acquire Real Estate, etc. (Hill View Reservoir, Section No. 2. Parcels Nos. 95 and 117.) — Order affirmed as to both parcels, with ten dollars costs and disbursements. No opinion. Thomas, Carr, Woodward and Rich, JJ., concurred; Jenks, P. J., not voting.

In the Matter of the Application and Petition of J. Edward Simmons and Others, Constituting the Board of Water Supply of the City of New York, Appellants, to Acquire Real Estate, etc. (Hill View Reservoir, Section No. 2. Parcel No. 118.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

Madlene Jeffcott, as Administratrix, etc., of Joseph F. Jeffcott, Deceased, Respondent, v. Roebling Construction Company, Appellant, Impleaded with Daniel J. Ryan, Defendant.—Judgment and order